USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2020

**MEMORANDUM ENDORSEMENT**

McCray v. Westchester County et al

18-cv-3494 (NSR)

The Court reviewed Plaintiff's request for a 90-day extension to respond to Defendants' motion to dismiss dated 10/20/2020. (ECF No. 54.) The Court also reviewed Defendants' letter regarding filing of their motion to dismiss dated 11/3/2020. (ECF No. 55.)

The Court grants Plaintiff's request for a 90-day extension to respond to Defendants' motion to dismiss. The deadline for Plaintiff to serve his opposition papers is extended from October 19, 2020 to January 19, 2021. The deadline for Defendants to serve their reply papers is extended from November 3, 2020 to February 2, 2021.

Defense Counsel shall file all papers on the reply date, February 2, 2021. The parties shall provide two courtesy copies of their respective documents to chambers as the documents are served. As long as Judge Román's Emergency Rules remain in place, copies shall also be delivered to chambers in electronic form.

Due to Plaintiff's request for an extension, the Clerk of the Court is respectfully directed to terminate the motion at ECF No. 56, without prejudice and subject to re-filing on February 2, 2021. The Clerk of the Court is further directed to send a copy of this endorsement to the Plaintiff and show service on the docket.

Dated: November 4, 2020
White Plains, NY

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.