```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY MCCRAY,

                    Plaintiff,

         v.

WESTCHESTER COUNTY, et al.,

                    Defendants.

18 CV 3494 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

On November 30, 2021, the Court issued an Opinion and Order granting Defendants' motion to dismiss and granting Plaintiff leave to file a second amended complaint on or before January 31, 2022, noting that "[i]f Plaintiff fails to file a Second Amended Complaint within the time allowed, and he cannot show good cause to excuse such failure, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice." (ECF No. 71). That day, the Clerk of Court mailed the Court's Opinion and Order to Plaintiff at the address listed on ECF. Plaintiff has not filed a second amended complaint or otherwise communicated with the Court.

Therefore, the claims previously dismissed without prejudice are dismissed with prejudice. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this action.

Dated:   March 11, 2022
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge